[L. A. No. 8545. In Bank.—June 30, 1927.]

IRENE ELIZABETH CAPRON et al., as Administratrix, etc., of the Estate of SARAH F. DONLEY, Deceased, Respondents, v. PRESCOTT WEST, Appellant.

[1] PUBLIC LANDS—SUIT TO ANNUL PATENTS—STATUTE OF LIMITATIONS.—The judgment in this case is reversed on the authority of *Capron* v. *Van Horn, ante,* p. 486.

APPEAL from a judgment of the Superior Court of Imperial County. Franklin J. Cole, Judge. Reversed.

The facts are stated in the opinion of the court.

Harry W. Horton for Appellant.

Haines & Haines and J. S. Larew for Respondents.

THE COURT.—This is an appeal from a judgment of the superior court in and for the county of Imperial in favor of the plaintiff and against the defendant. The facts are the same as those involved in the case of *Capron* v. *Van Horn, ante,* p. 486 [258 Pac. 77], with the exception of the name of the defendant and the description of the land. [1] On the authority of said case this day decided it is ordered that the judgment be and the same is hereby reversed.

Rehearing denied.